UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANNY DONOHUE, et al.

                              *Plaintiffs,*

       -against-

DAVID A. PATERSON, et al.

                              *Defendants*.

---

**NOTICE OF APPEARANCE AND CERTIFICATE OF SERVICE**

10-CV-00543

LEK / DRH

     PLEASE TAKE NOTICE that the Defendants hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated:  Albany, New York
         May 13, 2010

                                 ANDREW M. CUOMO
                                 Attorney General of the State of New York
                                 Attorney for Defendants

                                 By: s/ *Stephen M. Kerwin*, B/R # 103129
                                    Stephen M. Kerwin
                                 Assistant Attorney General, of Counsel
                                 Bar Roll No. 103129
                                 Telephone: (518) 473-7184
                                 Fax: (518) 402-2221(Not for service of papers.)
                                 E-mail: stephen.kerwin@ag.ny.gov

Certificate of Service

I hereby certify that on May 13, 2010 I electronically filed with the Clerk of the District Court using the CM/ECF system a Notice of Appearance on behalf of defendant The State of New York and that notification of such filing was sent by the Clerk to the following:

Steven A. Crain
Timothy Connick
NANCY E. HOFFMAN, GENERAL COUNSEL
Civil Service Employees Association, Inc.
Box 7125, Capitol Station
143 Washington Avenue
Albany, New York 12224

s/ Stephen M. Kerwin, B/R # 103129