### Elements of the Gap-Closing Plan

Before the dramatic economic events of 2008, it was reasonable to argue that sustained growth in spending commitments since the last economic recovery was the principal contributor to the State's growing budget gaps. Over the last year, however, the precipitous decline in actual and projected receipts caused by the economic downturn has been the dominant cause of the extraordinary increase in the budget gaps. This is illustrated by looking at the combined budget gap for 2008-09 and 2009-10. As noted earlier, in May 2008, the projected gap of $5 billion was driven almost exclusively by expected spending growth. In contrast, the $15 billion incremental <u>increase</u> to the combined gap since that time is almost entirely due to the worsening outlook for receipts.

Accordingly, the gap-closing plan under the State's control (that is, excluding Federal aid) is weighted toward spending restraint, but also relies on substantial tax and fee increases. Actions to restrain spending constitute approximately 46 percent of the State portion of the gap-closing plan. Actions to increase receipts constitute approximately 39 percent of the plan. Non-recurring resources make up the remainder.

The section below provides a summary of the actions under each category that have been approved for 2009-10. Additional information on the Budget actions for major programs and activities appears in the sections entitled "2009-10 All Funds Financial Plan" and "General Fund Outyear Projections" herein.

### Spending Restraint

Actions to restrain General Fund spending affect most activities funded by the State. General Fund spending in the Enacted Budget is projected to total $54.9 billion in 2009-10, an increase of $301 million over 2008-09 results. General Fund spending was reduced by $8.7 billion from current services levels.

**COMBINED GENERAL FUND AND HCRA GAP-CLOSING PLAN FOR 2009-10 – SPENDING RESTRAINT**
(millions of dollars)

|  | 2008-09 | 2009-10 | Total | 2010-11 | 2011-12 | 2012-13 |
|---|---|---|---|---|---|---|
| **Spending Restraint (net of adds)** | 413 | 6,047 | 6,460 | 7,360 | 8,234 | 8,138 |
| Health Care | 63 | 1,961 | 2,024 | 1,673 | 1,719 | 1,735 |
| School Tax Relief Program | 93 | 1,559 | 1,652 | 2,051 | 2,113 | 2,181 |
| School Aid/Lottery Aid | 0 | 948 | 948 | 1,870 | 2,835 | 2,695 |
| Mental Hygiene | 4 | 388 | 392 | 398 | 368 | 352 |
| Higher Education | 55 | 197 | 252 | 257 | 198 | 171 |
| Public Safety | 2 | 215 | 217 | 251 | 256 | 297 |
| Human Services/Labor/Housing | 4 | 188 | 192 | 189 | 129 | 60 |
| Transportation | 0 | 152 | 152 | 271 | 337 | 390 |
| Repeal Planned Member Item Deposits | 30 | 104 | 134 | (85) | (85) | 0 |
| Local Government Aid | 3 | 94 | 97 | 171 | 168 | 165 |
| Other Education Aid | 7 | 21 | 28 | 61 | 53 | 53 |
| State Workforce | 5 | 170 | 175 | 328 | 328 | 328 |
| Convert Capital to PAYGO | 0 | 0 | 0 | (100) | (200) | (300) |
| All Other | 147 | 50 | 197 | 25 | 15 | 11 |

## *FINANCIAL PLAN OVERVIEW*

The most significant actions in the Enacted Budget that restrain General Fund spending include the following:

- **Health Care ($2.0 billion):** Enacts cost-containment measures, including rate reductions; updating the base year on which rates are calculated; re-establishing certain industry assessments; financing a greater share of Medicaid spending through HCRA; eliminating a planned Human Services COLA in 2009-10; and other targeted public health and aging reductions. In addition, the Enacted Budget authorizes savings actions to fully eliminate the HCRA operating deficit, including an increase in the Covered Lives Assessment, instituting a tax on for-profit HMOs, and increasing certain surcharges;

- **STAR ($1.7 billion):** Eliminates the Middle-class STAR rebate program (but maintains the STAR exemption program that will continue to provide tax relief); reduces the PIT credit for New York City taxpayers; and adjusts the timing of reimbursement to New York City;

- **School Aid ($948 million on a State fiscal year basis):** Maintains selected aids at 2008-09 school year levels; extends the phase-in of Foundation aid and the UPK program from four to seven years; and authorizes additional lottery games that would increase projected resources available to education;

- **Mental Hygiene ($392 million):** Eliminates a cost-of-living increase for providers; institutes programmatic reforms to align reimbursement with actual costs (including closing, consolidating, and restructuring facility operations, thereby reducing the planned workforce by 865 positions); maximizes available Federal aid; and other measures;

- **Higher Education ($252 million):** Includes tuition increases at public universities approved by the SUNY and CUNY Boards of Trustees; reductions in support for the four statutory colleges at Cornell University and the College of Ceramics at Alfred University; an assessment on the SUNY and CUNY research foundations; inclusion of public sector pension income in TAP determinations; and other savings;

- **Public Safety ($217 million):** Closes three prison camps and various annexes in correctional facilities; improves parolee release and violation processes; eliminates farm operations at correctional facilities; reduces programs for inmates; and other operational changes;

- **Human Services ($192 million):** Increases the level of Federal funding that local districts are required to spend on child welfare services; eliminates the human services COLA; lowers reimbursement for optional, community-based preventive services; closes or downsizes 11 underutilized facilities (8 residential facilities and 3 non-residential facilities), and other measures;

12

## *FINANCIAL PLAN OVERVIEW*

- **Transportation ($152 million):** Reduces the General Fund subsidy to the DHBTF (which is made possible by an increase in certain fees) and to transit systems, and lowers spending on DOT operations consistent with the overall reduction in planned capital activities;

- **Member item funding ($134 million):** Eliminates deposits into the Community Projects Fund for the Governor and Assembly that had been authorized in prior years. The Enacted Budget includes $170 million in new member item deposits split equally between the Senate and Assembly. The new legislative deposits are scheduled to be made in 2010-11 and 2011-12. The Governor did not accept any new member-item funding;

- **Local Government Aid ($97 million):** Holds aid and incentive payments for cities, towns, and villages outside of New York City at 2008-09 levels; reduces VLT aid; and other measures; and

- **Other Education Aid ($28 million):** Reduces funding for, among other things, attendance-taking requirements at non-public schools, library aid, prior-year claims, and supplemental funding for certain after-school programs.

The gap-closing plan includes savings from instituting a workforce reduction plan (WRP). The WRP would reduce the State Executive Branch workforce by approximately 8,700 unionized employees through attritions, layoffs, and abolitions of funded vacancies. These reductions are in addition to those that are expected to result from the facility closures and other actions affecting the workforce that were approved in this budget.

The Executive Budget had proposed achieving workforce savings without a substantial reduction in force through, among other things, the elimination of a planned 3 percent general salary increase for State employees in 2009-10 and a one-week wage deferral payable upon separation from State service. The State's public employee unions rejected the proposals. Pursuant to the Governor's directive, most non-unionized "management/confidential" employees in 2009-10 will not receive the planned general salary increase, merit awards, longevity payments, and performance advances and therefore will not be subject to the layoffs required in the WRP. See "State Workforce" herein for more information.

The Enacted Budget will finance a larger share of economic development projects with ongoing resources rather than with long-term debt, starting in fiscal year 2010-11. This will help relieve pressure on the State's statutory debt cap and realize debt service savings in future years. The determination to allocate the "pay-as-you-go resources" to economic development takes into account that projects in this area typically have above-average financing costs. See "Bond Market Issues" herein for more information.

The Enacted Budget includes a modest level of new initiatives in 2009-10, the costs of which are counted against the savings actions presented in this Financial Plan. The most significant initiatives include a new low-cost student loan program to which the State will make an initial contribution of $50 million in 2009-10; extension of a program

## FINANCIAL PLAN OVERVIEW

to assist homeowners facing foreclosure; an increase in the basic public assistance grant of 10 percent annually over the next three years; and additional funding for HEAL-NY, quality incentive pools for nursing homes and home care agencies, and other health initiatives.

### Revenue Actions

Balancing the budget exclusively through spending reductions in 2009-10 would have required an extraordinary retrenchment in State services. Absent any actions to raise receipts, General Fund spending would have had to have been reduced by nearly $18 billion from the level required to meet existing commitments – and by almost $9 billion from 2008-09 results – to achieve a balanced budget in 2009-10. Spending reductions of this magnitude would be in direct conflict with Federal efforts to stimulate the economy during a severe recession, raise grave health and public safety concerns, and place additional pressure on local property taxes. Therefore, to maintain essential services and assist residents affected by the economic downturn, the Enacted Budget includes a package of tax increases and other revenue enhancements to help close the budget gap and address the further deterioration in the revenue base.

**COMBINED GENERAL FUND AND HCRA GAP-CLOSING PLAN FOR 2009-10 - REVENUE ACTIONS**
(millions of dollars)

| | 2008-09 | 2009-10 | Two-Year Total | 2010-11 | 2011-12 | 2012-13 |
|---|---|---|---|---|---|---|
| **Revenue Actions** | 118 | 5,279 | 5,397 | 6,443 | 4,974 | 1,110 |
| Temporary PIT Increase | 0 | 3,948 | 3,948 | 4,778 | 3,720 | 0 |
| Increase 18-A Utility Assessment | 0 | 557 | 557 | 557 | 557 | 557 |
| Bottle Bill Unclaimed Deposits | 0 | 115 | 115 | 115 | 115 | 115 |
| Limit Itemized Deductions for High Income Taxpayers | 0 | 140 | 140 | 200 | 150 | 150 |
| Reform Empire Zones Program | 0 | 90 | 90 | 101 | 113 | 126 |
| Impose Fee on Non-LLC Partnerships | 0 | 50 | 50 | 50 | 50 | 50 |
| Impose Sales Tax on Certain Transportation-related Activities | 0 | 26 | 26 | 34 | 34 | 34 |
| Increase Beer/Wine Tax | 0 | 14 | 14 | 14 | 14 | 14 |
| Film Credit Restructuring | 0 | 0 | 0 | 192 | (180) | (228) |
| Reissue License Plates | 0 | 0 | 0 | 129 | 129 | 20 |
| All Other Revenue Actions | 118 | 339 | 457 | 273 | 272 | 272 |

The most significant actions include:

- **Temporary PIT Increase ($3.9 billion):** The State PIT rate will temporarily increase for higher-income filers for a three-year period from tax year 2009 through tax year 2011. The rate for married couples filing jointly will increase from 6.85 percent to 7.85 percent with incomes above $300,000 and to 8.97 percent for filers with incomes above $500,000;

- **Increase Utility Assessment ($557 million):** Increases the current regulatory fee on public utilities, including electric, gas, and water. The action will pay for State regulatory and management oversight by raising the fee from 1/3 of 1 percent to 1 percent of intrastate revenues, expanding the fee to include energy service companies, and establishing an additional 1 percent State energy and utility service conservation assessment, which will expire on March 31, 2014. In recognition of the competitive nature of the telecommunications industry,

Case 1:10-cv-00543-LEK-DRH   Document 18-4   Filed 05/19/10   Page 5 of 8

*FINANCIAL PLAN OVERVIEW*

telecommunications utilities regulated under Public Service Law Section 18-A are exempted from this temporary assessment;

- **Bottle Bill ($115 million):** Expands the 5-cent deposit on carbonated beverages to include bottled water, and mandates that the State retain 80 percent of all unclaimed bottle deposits;

- **High-Income Itemized Deductions ($140 million):** Limits the ability of taxpayers with incomes over $1 million to reduce their tax liability by claiming itemized deductions ($140 million). Currently, taxpayers with incomes over $525,000 are allowed to claim 50 percent of the value of itemized deductions. To sustain philanthropic giving, charitable deductions are excluded from this provision and may still be claimed as itemized deductions for the purposes of State income taxes;

- **Empire Zones ($90 million):** Decertifies "shirt-changers" (that is, firms that change their names to maximize Zone benefits without providing any economic benefit) and firms producing less than $1 in actual investment and wages for every $1 in State tax incentives. The Empire Zone program will sunset on June 30, 2010 – one year earlier than in current law;

- **Non-LLC Partnerships ($50 million):** Imposes a new fee on non-LLC partnerships equal to fee amounts that currently apply to LLCs. Amounts would range from $1,900 to $4,500. Unlike the current LLC fee, partnerships with New York-source gross income under $1 million would be exempt;

- **Transportation Services ($26 million):** Broadens the sales tax base to cover certain transportation-related services, such as limousine and black car services, but excludes taxis;

- **Beer/Wine Tax ($14 million):** Increases the excise tax on wine and beer. The tax on wine would increase from 18.9 cents per gallon to 30 cents per gallon, and the beer tax would increase from 11 cents per gallon to 14 cents per gallon. This translates into approximately 2 cents per bottle of wine and one and one-half cents per six pack of beer. These taxes were last increased in 1991, and are still among the lowest in the nation; and

- **License Plates ($129 million starting in 2010-11):** Effective April 1, 2010, the license plate reissuance fee is increased from $15 to $25, with revenues directed to the General Fund. License plates were last reissued in 2001.

Other revenue actions include increases in the bond issuance charge for public authorities and industrial development agencies; fines related to certain motor vehicle violations; real property transfer fees paid whenever a deed is recorded; and fees for license suspension. The Financial Plan also includes a potential franchise payment in 2011-12 related to the development of a new VLT facility. In addition, the Enacted Budget includes $350 million in new authorization for the State's film tax and television


## *FINANCIAL PLAN OVERVIEW*

production credit, which is intended to help keep entertainment industry jobs in New York State.

The Enacted Budget does not include approximately $1.2 billion in tax and fee proposals that had been proposed in the Executive Budget. Extraordinary Federal aid was used to eliminate these "regressive" tax proposals, since they would have had a disproportionate impact on working families. Proposals included new or increased taxes on, among things, clothing under $110, soft drinks, cable and satellite television services, and other actions to broaden the sales tax base. See "2009-10 All Funds Receipts Forecast" herein for a complete summary of the tax and fee actions included in the Enacted Budget.

### *Non-Recurring Resources*

The two-year gap-closing plan included approximately $1 billion in non-recurring resources in 2008-09 and a comparable amount in 2009-10. The 2008-09 gap had to be closed within a three-month period, which severely limited the types of savings measures that were possible.

| COMBINED GENERAL FUND AND HCRA GAP-CLOSING PLAN FOR 2009-10 - NON-RECURRING RESOURCES (millions of dollars) | | | | | | |
|---|---|---|---|---|---|---|
| | 2008-09 | 2009-10 | Two-Year Total | 2010-11 | 2011-12 | 2012-13 |
| **Non-Recurring Resources** | 1,064 | 1,006 | 2,070 | (9) | (64) | (34) |
| Delay extra MA Cycle (two years) | 0 | 400 | 400 | 0 | (400) | 0 |
| Increase Business Tax Prepayment to 40 Percent | 0 | 333 | 333 | 0 | 0 | 0 |
| NYPA Payments | 306 | 170 | 476 | 0 | (25) | (25) |
| Equipment Financing | 0 | 104 | 104 | (4) | (4) | (4) |
| Finance CUNY Payments with Jan-Mar '09 MA Savings | 300 | (300) | 0 | 0 | 0 | 0 |
| EPF Sweep/Capital Bonding | 75 | 50 | 125 | 0 | 0 | 0 |
| School Aid Overpayment Recoveries | 0 | 80 | 80 | 0 | 0 | 0 |
| Medicaid Reimbursement of Education Costs | 0 | 20 | 20 | 0 | 0 | 0 |
| Recoup Overpayments to NYC (General Public Health Works) | 11 | 15 | 26 | 0 | 0 | 0 |
| Increase Pre-Paid Sales Tax on Cigarettes | 0 | 14 | 14 | 0 | 0 | 0 |
| Recoup Overpayments to NYC (Early Intervention) | 0 | 9 | 9 | 0 | 0 | 0 |
| Continue TADA software bonding | 0 | 3 | 3 | 0 | 0 | 0 |
| VLT Franchise Payment | 0 | 0 | 0 | 0 | 370 | 0 |
| Fund Sweeps/Other | 372 | 108 | 480 | - | (5) | (5) | (5) |

The largest non-recurring actions over the two year period include:

- **Delay of the 53rd Medicaid Cycle Payment ($400 million):** The 2009-10 fiscal year included 53 weekly cycle payments, compared to the typical 52 annual payments. This action delays the payment of a 53rd cycle until fiscal year 2011-12;

- **Increase Business Tax Prepayment ($333 million):** Increases the mandatory first installment of tax due from certain business taxpayers from 30 percent to 40 percent of the previous year's tax liability. For most taxpayers, this installment is due in March with the filing of the previous year's tax return. This will not change the amount of tax liability, but simply the timing of payments;

- **New York Power Authority Excess Resources ($476 million):** Authorizes the transfer of $476 million to the General Fund (of which $306 million was received

in 2008-09 and $170 million is planned in 2009-10). Of this amount, $215 million represents funds that were reserved by NYPA to pay for the disposal of waste at a Federal repository. It is anticipated that NYPA will not need these funds for several years. The remaining transfer represents assets not necessary to meet NYPA's short term operating, capital or debt service costs;

- **Equipment Financing ($104 million):** Authorizes the use of bond financing for eligible capital projects that were originally planned to be paid for with cash resources. DOB will make an annual determination on the financing for equipment, depending on Financial Plan needs, market conditions and debt management considerations; and

- **City University (no net impact):** To realize the benefit of health care savings in the DRP that were applicable to the final quarter of the 2008-09 fiscal year, but where the cash savings would occur in 2009-10, the State adjusted its reimbursement schedule to New York City related to the City University. Certain payments that were due in the first quarter of 2009-10, but that had been budgeted in 2008-09, will be made on their statutory due dates, not ahead of schedule. There is no net impact over the two fiscal years.

Other non-recurring resources consist of transfers of existing fund balances, cost-recoveries for overpayments in prior years, and other routine transactions.

### *Extraordinary Federal Aid*

The gap-closing plan included $6.15 billion in fiscal relief that the Federal government is providing to the State under ARRA to stabilize State finances and help prevent reductions in essential services. Direct Federal aid for fiscal relief consists of the increase in the Federal matching rate for eligible State Medicaid expenditures and funds provided through the SFSF to restore proposed reductions in education, higher education, and to maintain other essential government services. By law, the direct Federal fiscal relief must be used effectively and expeditiously to promote economic recovery, and may not be allocated for other purposes, such as funding reserves or paying down debt.

In addition, a substantial amount of other Federal aid that affects spending from Federal funds, but which has no impact on the budget gaps, will pass through the State's All Funds Financial Plan in 2009-10 and 2010-11. Most of this is related to the ARRA, but also reflects the timing of Federal aid payments, changes in distribution patterns, and other factors. The following table shows the components of extraordinary Federal aid and their impact on the Financial Plan.

# FINANCIAL PLAN OVERVIEW

**SUMMARY OF 2009-10 EXTRAORDINARY FEDERAL AID**
*(millions of dollars)*

|  | State Operating Funds | Federal Funds | All Funds |
|---|---|---|---|
| Medicaid Assistance: |  |  |  |
|   State Share of FMAP | (3,702) | 3,702 | 0 |
|   Local Share of FMAP | 0 | 1,438 | 1,438 |
| State Fiscal Stabilization Fund | 0 | 1,150 | 1,150 |
| Federal ARRA/Extraordinary Aid | 0 | 4,571 | 4,571 |
|  |  |  |  |
| **TOTAL FEDERAL AID** | **(3,702)** | **10,861** | **7,159** |

*ARRA Fiscal Relief Aid: Medicaid Assistance*

The ARRA increased the Federal government contribution, or matching rate, on eligible State Medicaid expenditures for the period from October 1, 2008 through December 31, 2010. The FMAP benefit to the State in 2008-09 totaled $1.3 billion, and is projected at $3.7 billion in 2009-10. In the Financial Plan, every $1 increase in the Federal matching rate corresponds to a $1 decrease in required State support for Medicaid, thus creating General Fund fiscal relief.

For reporting purposes, the Federal government requires states to identify the purposes for which FMAP was used. New York is in a unique position of receiving FMAP between the time the Executive Budget was introduced and final enactment of the budget for 2009-10. The following table summarizes, for Federal reporting requirements, the purposes for which FMAP was used.