

STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

DAVID A. PATERSON
GOVERNOR

DENNIS P. WHALEN
DIRECTOR OF STATE OPERATIONS

## MEMORANDUM

TO:         Heads of State Agencies and Public Authorities

FROM:       Dennis P. Whalen

SUBJECT:    Voluntary Reduction in Work Schedule Program

DATE:       June 3, 2009

As we continue to review available administrative options to assist in controlling State spending, a number of valuable ideas have been shared with my office. Some of the public employee unions have suggested increased utilization of the Voluntary Reduction in Work Schedule program (VRWS).

The Voluntary Reduction in Work Schedule program allows State employees to voluntarily reduce their income in exchange for time off from work. This voluntary option has existed as part of some of our collective bargaining agreements for decades. However, the participation and utilization of VRWS varies considerably by agency.

In consideration of the continuing need to control spending, agencies should promote the VRWS program and encourage employees to participate in it. In addition, agencies should quickly review and approve employee requests for reduced work schedules which can result in real payroll savings throughout the 2009-10 State Fiscal Year. Absent staffing, coverage, or other operational and programmatic needs -- which should be discussed with your Deputy Secretary -- agencies should be approving employee requests for reduced work schedules if current program participation involves less than seven percent of your agency's workforce. Additional use of VRWS can occur beyond the seven percent threshold at agency discretion. Such arrangements can demonstrate responsiveness to individual employee preferences while achieving financial savings for the State.

Please note that the seven percent threshold is solely in response to the current economic condition facing the State and should not be interpreted as a continuing threshold.

We will be instituting a monitoring report so that we can track VRWS participation and identify best practices.

A complete description of VRWS guidelines can be found within the respective collective bargaining unit agreements on the Governor's Office of Employee Relations website at http://www.goer.state.ny.us/cna/bucenter/index.html. Questions regarding VRWS program guidelines should be directed to the Attendance and Leave Unit at the Department of Civil Service at 518-457-2295.

Thank you for your attention to this matter.



STATE OF NEW YORK
**EXECUTIVE DEPARTMENT**
DIVISION OF THE BUDGET
STATE CAPITOL
ALBANY, NEW YORK 12224

**David A. Paterson**
GOVERNOR

**Robert L. Megna**
Director of the Budget

| **BUDGET BULLETIN** | **D-1124** | **July 22, 2009** |
| --- | --- | --- |

**TO:**          ALL DEPARTMENT AND AGENCY HEADS

**FROM:**      Robert L. Megna

**SUBJECT:**  Voluntary Reduction in Work Schedule Program


Governor Paterson continues to work toward achieving savings for New York taxpayers through workforce savings while avoiding large scale layoffs. A key element of this savings will be a Voluntary Reduction in Work Schedule program (VRWS), which will be offered to all employees <u>who are currently authorized to participate either through negotiated contract agreements or administrative practice</u>.

This Bulletin establishes a minimum VRWS participation target for agencies and requires reporting on employee utilization of this program by unions. The Director of State Operations, in a June 3, 2009 letter to state agencies and public authorities established VRWS parameters and requires agency heads to:

–  Aggressively promote the VRWS program among its employees;

–  Review and approve employee requests expeditiously;

–  Approve all employee requests if the current program participation is less than <u>seven percent</u> of the agency's workforce.

–  Use discretion in approving requests that will result in utilization beyond the <u>seven percent</u> threshold;

–  Ensure that such plans demonstrate real payroll savings through the 2009-10 and 2010-11 State fiscal years; and

7/22/2009 2:48 PM
Attachment 1

## Voluntary Reduction in Work Schedule (VRWS)
### Agency Reporting Form

Agency Name: Agency A
Agency Code: 12345
Date: July 1, 2009

| Title | PEF Employees | CSEA | DC-37 | M/C | Other | Totals Positions | Est. Savings 2009-10 PS | Est. Savings 2010-11 PS |
|---|---|---|---|---|---|---|---|---|
| Title A | 2 | 0 | 0 | 0 | 0 | 2 | $2,000 | $6,000 |
| Title B | 4 | 0 | 0 | 0 | 0 | 4 | $4,000 | $8,000 |
| Title C | 0 | 25 | 0 | 5 | 0 | 30 | $10,000 | $15,000 |
| Title D | 10 | 0 | 0 | 0 | 0 | 10 | $8,000 | $13,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Totals | 16 | 25 | 0 | 5 | 0 | 46 | $24,000 | $42,000 |

| Total VRWS Positions | 46 | | Total Savings 2009-10 | $24,000 |
|---|---|---|---|---|
| Agency WF Target | 600 | | 2010-11 | $42,000 |
| % of Agency Participation | 8% | | Two Year | $66,000 |



STATE OF NEW YORK
**EXECUTIVE DEPARTMENT**

**Valerie Grey**
Director of State
Operations

**Robert L. Megna**
Director of the Budget

David A. Paterson
Governor

## MEMORANDUM

TO:            Heads of State Agencies                                     **August 21, 2009**

FROM:       Robert L. Megna
                   Valerie Grey

SUBJECT:   Voluntary Reduction in Work Schedule

As you know, the voluntary reduction in work schedule (VRWS) was one component of a broader agreement with the Civil Service Employees Association (CSEA) and the Public Employees Federation (PEF) that will provide long-term savings to the State by the creation of a new tier of pension benefits ("Tier V") and immediate savings through the VRWS and voluntary severance programs.

To implement the VRWS, Budget Bulletin D-1124 was issued on July 22, 2009, providing guidelines for agency and employee participation, including the submission of a monthly utilization report. We have received your first submission and believe we could increase savings from more intensive use of this program. As a result, we strongly encourage you to return to your employees and again review potential savings that can be obtained through broader participation in the program.

Thank you for your continued attention to this matter. Please contact your Budget Examiner or Deputy Secretary with any questions.