UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

—————————————————————

DANNY DONOHUE, as President of the Civil Service
Employees Association, Inc., Local 1000, AFSCME, AFL-
CIO, and CIVIL SERVICE EMPLOYEES ASSOCIATION,
INC., LOCAL 1000, AFSCME, AFL-CIO,

Plaintiffs,

-against-

DAVID A. PATERSON, as Governor of the State of New
York, NEW YORK STATE ASSEMBLY, NEW YORK
STATE SENATE, JONATHAN LIPPMAN, as Chief Judge
of the New York Unified Court System, and the STATE OF
NEW YORK,

Defendants.

—————————————————————

**REPLY AFFIDAVIT
OF FRANK MAURO**

Civil Action No.
10-CV-00543 (LEK)(DRH)

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )ss.: |
| COUNTY OF ALBANY | ) |

FRANK MAURO, being duly sworn, deposes and says:

1.     I am the Executive Director of the Fiscal Policy Institute ("FPI"), a nonprofit

research and education organization that studies matters related to state and local finances.  I

have served as Executive Director since 1993.

2.     Prior to my current position, I was Deputy Director of the Nelson A. Rockefeller

Institute, the public policy research arm of the State University of New York, from December

1989 to February 1993.  From November 1983 to January 1987 I served as Secretary (staff

director) of the New York State Assembly Ways and Means Committee.  I also served as

Director of the New York State Assembly Speaker's Program Development Group from January

1979 to November 1983, and Deputy Director of the State Assembly's Program and Committee

Staff from December 1976 to December 1978. I was Director of the Assembly Office of

Research and Analysis from January 1975 to December 1976. I also served as Director of

Research for the last major revision of the New York City Charter from January 1987 to

February 1990, in which capacity I oversaw a thorough analysis of New York City's budgetary

process that served as the basis for the changes in the budget process ultimately adopted by New

York City voters in November 1988 and November 1989.

## WAGES ARE A VERY SMALL PART OF BUDGET

3.     In analyzing the Governor's proposed plans to "save" General Fund money by

cutting wages and postponing wage increases, it is important to note, in the first instance, that

wage costs are an extremely small portion of the State budget, and that General Fund unionized

wages are even less so. Efforts to curb costs in this area will therefore necessarily have a

minuscule effect on the State's overall budget situation.

4.     According to Executive Budget Updated February 9, 2010, the State's total

expenditures in the fiscal year 2010-2011, without the Governor's proposed cuts, would be an

estimated $141.497 billion. A copy of relevant pages of the Executive Budget Updated February

9, 2010 is attached hereto as Exhibit "A", and the particular reference is at page 14.

5.     Wages for all employees, including employees of the executive branch, the

judiciary, and the legislature, paid from state operating funds, would be only 7.7% of the total

"all funds" expenditures for 2010-2011 under the Executive Budget's 2010-2011 base. These

wages were projected to be $10.938 billion out of the $141.497 billion total.

6.     I estimate that the State-funded wages of unionized employees would be

approximately 6.8% of the total State Budget base for 2010-2011 as projected; and that General

Fund wages of unionized employees would be even less – between 4% and 4.2% of the 2010-2011 budget base.

7.      The Executive Budget Updated February 9, 2010, page 14, shows that the "all funds" budget is composed of five components:  1. state operations, 2. local assistance, 3. debt service, 4. capital projects (state funded), and 5. federal aid expenditures (hereinafter collectively referred to as "the budget").

8.      The wages referenced above for all State employees, $10.938 billion, are part of the $21.525 billion state operations portion of the budget base.

9.      The largest single component of the 2010-2011 budget is "local assistance," $58.910 billion.

10.      The other portions of the total $141.497 billion 2010-2011 budget are (a) debt service, which is $5.776 billion, (b) capital projects (state funded) which is $6.449 billion and (c) federal aid expenditures which is $48.837 billion.

11.      Because General Fund union wages are only a small part of the State's total budget, efforts directed to slash those costs will have a very limited impact on the budget situation.

### THE ALLEGED WEAKNESS OF THE STATE'S
### CASH POSITION APPEARS INACCURATE

12.      I have analyzed the Affidavit of Robert L. Megna, specifically his claim that there is a "risk" that the State will "run out of cash" some time soon if a budget is not passed (Megna Affidavit, ¶¶ 7, 12, 31, 36).  Based on data that has been published by Megna's own office in February and May of this year, as well as reports by the State Comptroller published in April of this year, it is clear that these negative claims in Megna's Affidavit regarding the State's cash position do not appear accurate or may be grossly exaggerated.

13.     Megna states that in December of 2009, he believed there was a "significant risk" that the General Fund would run out of cash including STIP funds (Megna Affidavit, ¶¶ 7-8, 33-34).  STIP funds include the unused balances available in other State funds, such as "capital funds; debt service funds; and special revenue funds" as well as "rainy day funds" (Megna Affidavit, ¶¶ 30, 39).  Megna states that he has the authority to use "STIP funds" to "bolster the liquidity of the General Fund."  Megna states that his belief about the State's cash position in December was based on a Division of the Budget ("DOB") "estimate" on December 8, 2009 that the State would be "left with only a $81 million cash balance" in all funds on December 11th, even after all STIP funds were used (Megna Affidavit, ¶ 33).  He further states that, based on the DOB "estimate" he withheld a total of $750 million in payments that would normally have been paid in December.  He did this, he says, to protect the State's cash position (Megna Affidavit, ¶¶ 34-35).

14.     The Executive Budget Updated February 9, 2010 shows the actual balance that was in each of the State funds at the end of each month of the fiscal year through January 2010.  According to the February 9th updates, the actual balance in "All Governmental Funds" at the end of December 2009 was $2.265 billion (Exhibit "A", p. T-62).  If the State had not withheld the $750 million in payments in December, the balance in "All Governmental Funds" would have been $1.515 billion, close to twenty (20) times the $81 million referenced in ¶ 33 of the Megna Affidavit.  This additional cash was available to be used for General Fund purposes under STIP in December 2009, and therefore, the State had a great deal more cash-on-hand in December 2009 than it anticipated.  *Id*.  Megna's claim that the State could have run out of cash in December 2009 is clearly wrong.

15.     Megna also states that in March 2010 he "found that the State lacked the cash necessary to meet expenses" (Megna Affidavit, ¶ 38). He claims that this led him to delay payment of $2.06 billion in school aid until June 1st. He further claims that "absent these measures, the State would likely have depleted its available cash in FY 2009-10."

16.     To the contrary, a report issued by the DOB on May 12, 2010 and a report issued by the Office of the State Comptroller regarding March 2010, both indicate that the General Fund ended March 2010 with cash balances of $929 million more than had been projected in the Executive Budget Updated February 9, 2010. This difference can be seen by comparing the Executive Budget Updated February 9, 2010, and the Comptroller's March 2010 Cash Basis Monthly Report. A copy of the May 12, 2010 DOB report is attached hereto as Exhibit "B". A copy of relevant pages of the State Comptroller's March 2010 Report is attached hereto as Exhibit "C".

17.     The Executive Budget Updated February 9, 2010 estimates the balances expected to be in each of the State funds at the end of each month after the publication of the report. The State Comptroller's March 2010 Report shows that the total cash balance in the General Fund on March 31, 2010 was actually $2.302 billion (Exhibit "C"). This is $929 million more than the Governor's targeted end-of-year March 31, 2010 General Fund balance. *See,* Executive Budget Updated February 9, 2010,  Exhibit "A", page T-53; *see also,* page 1 of Exhibit "B", the May 12, 2010 Supplement, showing the "cash reserved to pay deferred payments" in the General Fund for 2010-2011 to be $929 million.

18.     The State Comptroller's March 2010 Report shows that the total cash balance in All Governmental Funds at the end of March 2010 was $4.860 billion (Exhibit "C"). This was

$1.957 billion greater than the $2.903 billion fund balance that had been projected in the DOB's February 9th update of the financial plan (Exhibit "A", page T-62).

19.     Accordingly, Megna's claimed concern that the State's cash position was so weak that he had to withhold the school aid payment of $2.06 billion, did not turn out to be accurate. In fact, the State had almost $2 billion cash-on-hand ($1.957 billion) at the end of March 2010, above and beyond the amount needed to make the school aid payment in March.

20.     Here again, the hard facts show that Megna's claim that the State almost ran out of money in March just does not appear to be accurate.

21.     For the Governor to attempt to justify the impairment of union contracts based on estimates and projections that grossly misstate the State's financial position is simply improper.

_____
FRANK MAURO

Sworn to before me this
25th day of May, 2010.

_____
NOTARY PUBLIC - STATE OF NEW YORK

PL/10-0645/PSB/SAC/ks/Reply Affidavit Mauro/#147671

KATHERINE E. SMAIL
Notary Public, State of New York
No. 01SM5070947
Qualified in Rensselaer County
Commission Expires ＿2\-2\o-\\＿

6

# EXHIBIT A
# TO
# REPLY AFFIDAVIT
# OF
# FRANK MAURO

# 2010-11 Executive Budget Financial Plan

## Updated for Forecast Revisions and Governor's Amendments

## 2009-10 through 2013-14

**David A. Paterson, Governor**
**Robert L. Megna, Director of the Budget**          **February 9, 2010**

## TABLE OF CONTENTS

**INTRODUCTION** ............................................................................................................................... 1

**FINANCIAL PLAN AT-A-GLANCE** ...................................................................................................... 2

**GAP-CLOSING PLAN AT-A-GLANCE** ................................................................................................. 3

**PART A - REVISIONS TO THE EXECUTIVE BUDGET FINANCIAL PLAN** .................................. 4
    Forecast Revisions ..................................................................................................................... 5
    Additional Gap-Closing Actions/Executive Budget Amendments ........................................... 5

**PART B - OVERVIEW OF AMENDED EXECUTIVE BUDGET FINANCIAL PLAN** ...................... 7
    Update on Budget Gaps (Before Actions) .................................................................................. 7
    Amended Executive Budget Financial Plan .............................................................................. 10
    Explanation of Gap Closing Plan............................................................................................... 15
    Other Matters Affecting the Financial Plan .............................................................................. 21
    Economic Outlook ..................................................................................................................... 26

**PART C - OUTYEAR FINANCIAL PLAN PROJECTIONS (2011-12 THROUGH 2013-14)** ......... 29

**PART D - YEAR-TO-DATE OPERATING RESULTS** ....................................................................... 39

**PART E - LOCAL GOVERNMENT IMPACTS** .................................................................................. 42

**FINANCIAL PLAN TABLES AND ACCOMPANYING NOTES** ....................................................... 45

<u>**FINANCIAL PLAN PROJECTIONS**</u>

## INTRODUCTION

The State Constitution permits the Governor to amend his Executive Budget within 30 days of its submission. Legislation enacted in 2007 provides that, to the extent practicable, such amendments now be made within 21 days. On February 9, 2010, the Governor submitted amendments to the Executive Budget for 2010-11.

The Financial Plan projections set forth herein reflect the impact of the Governor's amendments, as well as revisions to the multi-year forecast of receipts and disbursements based on updated information through January 2010. The Financial Plan information is organized in the following parts:

- **Part A** summarizes the forecast revisions and amendments that have been made to the Governor's Executive Budget Financial Plan dated January 19, 2010.

- **Part B** provides a comprehensive overview of the Executive Budget Financial Plan, as amended. It summarizes the impact of the budget on key fiscal performance measures, describes current and projected operating results before and after implementation of the Executive Budget recommendations, and provides an assessment of budgetary risks.

- **Part C** summarizes the outyear financial plan projections (2011-12 through 2013-14).

- **Part D** summarizes preliminary, unofficial operating results through January 2010.

- **Part E** summarizes the impact of the amended Executive Budget on local governments.

The Financial Plan projections are subject to complex economic, political, and social forces that can adversely affect State finances, as well as to specific transaction risks that are part of any budget. The projections are based on the assumption that the Legislature will enact, without modification, the Executive Budget, as updated by the Governor's amendments, by April 1, 2010.

Tables appear at the end of this Financial Plan that include (a) the General Fund, State Operating Funds, and All Governmental Funds (hereafter "All Funds") Financial Plans prepared on a budgetary basis; (b) projected monthly operating results for 2009-10 and 2010-11 by fund group and fund type; (c) Financial Plans for the General Fund and All Funds prepared on a Generally Accepted Accounting Principles ("GAAP") basis; and (d) spending by agency.

## FINANCIAL PLAN PROJECTIONS

The following table summarizes the major sources of annual change.  It is adjusted to account for the anticipated impact of the ARRA funding on Medicaid and school aid, and other significant cash-basis transactions that affect annual change (see notes to the table).

**STATE SPENDING MEASURES: BEFORE AND AFTER EXECUTIVE BUDGET PROPOSALS**
(millions of dollars)

| | 2009-10 Revised | 2010-11 Base [1] | Before Actions Annual $ Change | Before Actions Annual % Change | 2010-11 Proposed | After Actions Annual $ Change | After Actions Annual % Change |
|---|---|---|---|---|---|---|---|
| **Local Assistance:** | 53,029 | 58,910 | 5,881 | 11.1% | 53,973 | 944 | 1.8% |
| School Aid [2] | 20,385 | 21,468 | 1,083 | 5.3% | 19,939 | (446) | -2.2% |
| School Aid Without ARRA Funding | 21,643 | 22,406 | 763 | 3.5% | 20,848 | (795) | -3.7% |
| ARRA Funding | (1,258) | (938) | 320 | -25.4% | (909) | 349 | -27.7% |
| STAR | 3,419 | 3,421 | 2 | 0.1% | 3,208 | (211) | -6.2% |
| Other Education Aid | 1,606 | 1,608 | 2 | 0.1% | 1,475 | (131) | -8.2% |
| Medicaid (incl. administration) [3] | 11,364 | 12,901 | 1,537 | 13.5% | 11,152 | (212) | -1.9% |
| Medicaid Without Enhanced FMAP | 14,566 | 15,784 | 1,218 | 8.4% | 15,095 | 529 | 3.6% |
| Enhanced FMAP | (3,202) | (2,883) | 319 | -10.0% | (3,943) | (741) | 23.1% |
| Public Health/Aging/Insurance | 2,512 | 2,627 | 115 | 4.6% | 2,353 | (159) | -6.3% |
| Higher Education | 2,822 | 2,633 | (189) | -6.7% | 2,411 | (411) | -14.6% |
| Higher Education | 2,522 | 2,633 | 111 | 4.4% | 2,411 | (111) | -4.4% |
| 2008-09 CUNY Payment Deferral [4] | 300 | 0 | (300) | -100.0% | 0 | (300) | -100.0% |
| Mental Hygiene | 3,285 | 3,517 | 232 | 7.1% | 3,469 | 184 | 5.6% |
| Social Services | 3,084 | 3,393 | 309 | 10.0% | 2,964 | (120) | -3.9% |
| Local Government Assistance | 1,085 | 1,094 | 9 | 0.8% | 768 | (317) | -29.2% |
| Transportation | 3,833 | 4,559 | 726 | 18.9% | 4,509 | 676 | 17.6% |
| 2009-10 Payment Deferrals [5] | (880) | 880 | 1,760 | -200.0% | 880 | 1,760 | -200.0% |
| All Other | 514 | 809 | 295 | 57.4% | 845 | 331 | 64.4% |
| | | | | | | | |
| **State Operations:** | 20,436 | 21,525 | 1,089 | 5.3% | 20,427 | (9) | 0.0% |
| Wages/Fringe Benefits | 15,224 | 16,095 | 871 | 5.7% | 15,339 | 115 | 0.8% |
| Personal Service: | 10,807 | 10,938 | 131 | 1.2% | 10,483 | (324) | -3.0% |
| Executive Agencies | 5,227 | 5,425 | 198 | 3.8% | 5,106 | (121) | -2.3% |
| Exec. Agencies - Retroactive Settlements [6] | 320 | 0 | (320) | -100.0% | 0 | (320) | -100.0% |
| SUNY | 3,310 | 3,293 | (17) | -0.5% | 3,162 | (148) | -4.5% |
| Judiciary | 1,539 | 1,547 | 8 | 0.5% | 1,547 | 8 | 0.5% |
| Legislature | 170 | 165 | (5) | -2.9% | 165 | (5) | -2.9% |
| Department of Law | 126 | 118 | (8) | -6.3% | 115 | (11) | -8.7% |
| Audit & Control | 115 | 116 | 1 | 0.9% | 114 | (1) | -0.9% |
| Collective Bargaining Reserve | 0 | 274 | 274 | 100.0% | 274 | 274 | 100.0% |
| Fringe Benefits: | 4,417 | 5,157 | 740 | 16.8% | 4,856 | 439 | 9.9% |
| Pensions | 1,145 | 1,736 | 591 | 51.6% | 1,519 | 374 | 32.7% |
| Health Insurance | 2,788 | 3,056 | 268 | 9.6% | 3,010 | 222 | 8.0% |
| All Other Fringe Benefits | 484 | 365 | (119) | -24.6% | 327 | (157) | -32.4% |
| Non-Personal Service/Fixed Costs | 5,212 | 5,430 | 218 | 4.2% | 5,088 | (124) | -2.4% |
| **Debt Service** | 4,922 | 5,776 | 854 | 17.4% | 5,766 | 844 | 17.1% |
| **TOTAL STATE OPERATING FUNDS** | 78,387 | 86,211 | 7,824 | 10.0% | 80,166 | 1,779 | 2.3% |
| | | | | | | | |
| **Capital Projects (State Funded)** | 5,457 | 6,449 | 992 | 18.2% | 6,222 | 765 | 14.0% |
| **TOTAL STATE FUNDS** | 83,844 | 92,660 | 8,816 | 10.5% | 86,388 | 2,544 | 3.0% |
| | | | | | | | |
| **Federal Aid (Including Capital Grants)** | 49,294 | 48,837 | (457) | -0.9% | 49,741 | 447 | 0.9% |
| **TOTAL ALL FUNDS** | 133,138 | 141,497 | 8,359 | 6.3% | 136,129 | 2,991 | 2.2% |

[1] Includes the value of recurring savings from the December 2009 Deficit Reduction Plan.

[2] State fiscal year basis. ARRA funding represents State-financed gap-closing benefit. Spending from Federal Funds will differ.

[3] Department of Health Medicaid spending only; excludes other State agency spending. FMAP benefit represents State Medicaid costs financed by the Federal government beyond the normal 50 percent matching rate.

[4] A payment of $300 million to CUNY scheduled for 2008-09 was deferred to 2009-10 as part of the 2008-09 Deficit Reduction Plan.

[5] Carry-forward of budget shortfall achieved through management of aid payments scheduled for 2009-10 but not due by law until 2010-11.

[6] Retroactive payments for NYSCOPBA, PBA and BCI labor settlements ($258 million, $42 million and $20 million, respectively) for contract years 2007-08 and 2008-09.

CASHFLOW
GENERAL FUND
2009-2010
(dollars in millions)

| | 2009 April Actuals | May Actuals | June Actuals | July Actuals | August Actuals | September Actuals | October Actuals | November Actuals | December Actuals | 2010 January Preliminary | February Projected | March Projected | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPENING BALANCE** | 1,948 | 2,799 | 37 | 1,027 | 1,013 | 713 | 2,430 | 1,234 | 157 | (205) | 3,268 | 3,642 | 1,948 |
| | | | | | | | | | | | | | |
| **RECEIPTS:** | | | | | | | | | | | | | |
| Personal Income Tax | 2,867 | 744 | 2,058 | 1,630 | 1,478 | 2,352 | 1,415 | 1,284 | 718 | 3,616 | 2,145 | 1,777 | 22,364 |
| User Taxes and Fees | 614 | 594 | 804 | 613 | 618 | 880 | 635 | 607 | 820 | 659 | 572 | 833 | 8,229 |
| Business Taxes | 61 | (16) | 1,195 | 35 | 108 | 1,010 | 155 | 82 | 918 | 160 | 126 | 1,854 | 5,688 |
| Other Taxes | 51 | 96 | 65 | 83 | 63 | 139 | 61 | 57 | 72 | 51 | 90 | 115 | 953 |
| Total Taxes | 3,593 | 1,418 | 4,122 | 2,361 | 2,267 | 4,381 | 2,266 | 2,020 | 2,528 | 4,786 | 2,933 | 4,579 | 37,234 |
| | | | | | | | | | | | | | |
| Licenses, Fees, etc. | 28 | 64 | 44 | 42 | 57 | 79 | 45 | 50 | 105 | 72 | 5 | 7 | 598 |
| Abandoned Property | 9 | 0 | 29 | 0 | 28 | 83 | 58 | 106 | 40 | 18 | 42 | 137 | 550 |
| Reimbursements | 10 | 11 | 33 | 10 | 45 | 45 | 22 | 9 | 35 | 9 | 15 | 28 | 272 |
| Investment Income | 3 | 0 | 3 | 1 | 2 | 1 | 0 | 0 | 1 | 1 | 4 | 9 | 25 |
| Other Transactions | 31 | 125 | 144 | (100) | 60 | 783 | 28 | 25 | 312 | 61 | 29 | 565 | 2,063 |
| Total Miscellaneous Receipts | 81 | 200 | 253 | (47) | 192 | 991 | 153 | 190 | 493 | 161 | 95 | 746 | 3,508 |
| | | | | | | | | | | | | | |
| Federal Grants | 5 | 24 | 0 | 0 | 16 | 0 | 0 | 14 | 0 | 0 | 0 | 9 | 68 |
| | | | | | | | | | | | | | |
| PIT in Excess of Revenue Bond Debt Service | 954 | 165 | 928 | 542 | 213 | 953 | 447 | 121 | 917 | 1,052 | 333 | 887 | 7,512 |
| Sales Tax in Excess of LGAC Debt Service | 159 | 68 | 363 | 185 | 119 | 273 | 180 | 178 | 253 | 203 | 2 | 143 | 2,134 |
| Real Estate Taxes in Excess of CWCA Debt Service | 20 | 12 | 10 | (3) | 16 | 17 | 18 | 16 | 16 | 0 | 6 | 15 | 143 |
| All Other | 16 | 193 | 91 | 37 | 25 | 8 | 99 | 1 | 55 | 118 | 145 | 1,325 | 2,113 |
| Total Transfers from Other Funds | 1,149 | 438 | 1,392 | 761 | 373 | 1,251 | 754 | 316 | 1,241 | 1,373 | 486 | 2,370 | 11,902 |
| | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | 4,828 | 2,078 | 5,767 | 3,075 | 2,848 | 6,603 | 3,173 | 2,540 | 4,262 | 6,320 | 3,514 | 7,704 | 52,712 |
| | | | | | | | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | | | | | | | |
| School Aid | 586 | 2,730 | 1,892 | 85 | 514 | 1,349 | 446 | 1,062 | 1,261 | 484 | 746 | 6,302 | 17,456 |
| Higher Education | 31 | 15 | 783 | 58 | 252 | 75 | 117 | 371 | 273 | 30 | 76 | 709 | 2,800 |
| All Other Education | 50 | 103 | 148 | 94 | 60 | 197 | 536 | 17 | 48 | 34 | 109 | 232 | 1,588 |
| Medicaid - DOH | 889 | 614 | (88) | 705 | 739 | 580 | 564 | 684 | 636 | 511 | 948 | 60 | 6,722 |
| Public Health | 47 | 52 | 40 | 123 | 59 | 68 | 21 | 11 | 100 | 14 | 99 | 69 | 703 |
| Mental Hygiene | 13 | 22 | 371 | 28 | 32 | 512 | 151 | 6 | 373 | 134 | 137 | 417 | 2,196 |
| Children and Families | 20 | 157 | 83 | 148 | 82 | 231 | 165 | 78 | 192 | 132 | 136 | 380 | 1,775 |
| Temporary & Disability Assistance | 63 | 61 | 59 | 331 | 100 | 114 | 291 | 62 | 51 | 64 | 5 | 55 | 1,306 |
| Transportation | 0 | 13 | 5 | 0 | 22 | 2 | 0 | 13 | 1 | 1 | 0 | 7 | 64 |
| All Other | 53 | 1 | 445 | 39 | 51 | 229 | 9 | 43 | 429 | 82 | 45 | (524) | 902 |
| Total Local Assistance Grants | 1,754 | 3,768 | 3,738 | 1,661 | 1,921 | 3,297 | 2,300 | 2,548 | 3,364 | 1,486 | 2,001 | 7,677 | 35,515 |
| | | | | | | | | | | | | | |
| Personal Service | 748 | 460 | 515 | 608 | 563 | 616 | 628 | 474 | 582 | 385 | 389 | 610 | 6,569 |
| Non-Personal Service | 213 | 188 | 163 | 148 | 189 | 158 | 117 | 125 | 140 | 148 | 201 | 205 | 1,993 |
| Total State Operations | 961 | 648 | 678 | 756 | 752 | 774 | 745 | 599 | 702 | 542 | 590 | 815 | 8,562 |
| | | | | | | | | | | | | | |
| General State Charges | 387 | 4 | 219 | 268 | 310 | 214 | 315 | 290 | 127 | 459 | 180 | 1,021 | 3,794 |
| | | | | | | | | | | | | | |
| Debt Service | 488 | 92 | 31 | 14 | 36 | 256 | 593 | 0 | 1 | 160 | 54 | 9 | 1,696 |
| Capital Projects | 31 | 40 | 29 | 64 | (73) | 108 | 87 | (11) | (2) | (5) | 117 | 129 | 514 |
| State Share Medicaid | 238 | 208 | 52 | 293 | 165 | 181 | 240 | 131 | 323 | 171 | 181 | 205 | 2,388 |
| Other Purposes | 118 | 80 | 30 | 33 | 37 | 54 | 129 | 60 | 109 | 34 | 17 | 117 | 818 |
| Total Transfers to Other Funds | 875 | 420 | 142 | 404 | 165 | 601 | 1,009 | 180 | 431 | 360 | 369 | 460 | 5,416 |
| | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 3,977 | 4,840 | 4,777 | 3,089 | 3,148 | 4,886 | 4,369 | 3,617 | 4,624 | 2,847 | 3,140 | 9,973 | 53,287 |
| | | | | | | | | | | | | | |
| Excess/(Deficiency) of Receipts over Disbursements | 851 | (2,762) | 990 | (14) | (300) | 1,717 | (1,196) | (1,077) | (362) | 3,473 | 374 | (2,269) | (575) |
| | | | | | | | | | | | | | |
| **CLOSING BALANCE** | 2,799 | 37 | 1,027 | 1,013 | 713 | 2,430 | 1,234 | 157 | (205) | 3,268 | 3,642 | 1,373 | 1,373 |

CASHFLOW
ALL GOVERNMENTAL FUNDS
2009-2010
(dollars in millions)

| | 2009 April Actuals | May Actuals | June Actuals | July Actuals | August Actuals | September Actuals | October Actuals | November Actuals | December Actuals | 2010 January Preliminary | February Projected | March Projected | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPENING BALANCE** | 4,586 | 5,959 | 2,886 | 3,514 | 4,058 | 4,404 | 3,583 | 3,389 | 2,832 | 2,265 | 6,642 | 6,173 | 4,586 |
| **RECEIPTS:** | | | | | | | | | | | | | |
| Taxes | 5,156 | 2,216 | 6,609 | 3,502 | 3,375 | 6,404 | 3,431 | 3,755 | 6,411 | 7,359 | 4,356 | 6,205 | 58,779 |
| Miscellaneous Receipts | 1,458 | 1,595 | 1,775 | 1,350 | 1,686 | 2,874 | 1,572 | 1,509 | 2,173 | 1,692 | 1,605 | 3,094 | 22,383 |
| Federal Grants | 2,972 | 3,350 | 3,217 | 3,994 | 3,725 | 3,413 | 4,724 | 3,380 | 4,652 | 3,239 | 3,862 | 9,320 | 49,848 |
| TOTAL RECEIPTS | 9,586 | 7,161 | 11,601 | 8,846 | 8,786 | 12,691 | 9,727 | 8,644 | 13,236 | 12,290 | 9,823 | 18,619 | 131,010 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | |
| School Aid | 850 | 3,231 | 2,202 | 291 | 648 | 3,418 | 689 | 1,290 | 1,648 | 937 | 1,083 | 8,356 | 24,641 |
| Higher Education | 31 | 15 | 783 | 58 | 262 | 75 | 117 | 371 | 273 | 30 | 125 | 785 | 2,925 |
| All Other Education | 121 | 165 | 208 | 140 | 81 | 178 | 596 | 56 | 95 | 169 | 202 | 959 | 2,970 |
| STAR | 1 | 0 | 696 | 1 | 0 | 221 | 12 | 53 | 1,997 | 432 | 0 | 6 | 3,419 |
| Medicaid - DOH | 3,328 | 3,229 | 2,459 | 3,497 | 3,298 | 3,715 | 3,285 | 3,161 | 3,656 | 2,409 | 3,720 | 3,728 | 39,485 |
| Public Health | 211 | 62 | 250 | 370 | 249 | 264 | 213 | 255 | 307 | 156 | 419 | 572 | 3,328 |
| Mental Hygiene | 96 | 86 | 506 | 156 | 142 | 541 | 337 | 65 | 529 | 253 | 238 | 653 | 3,702 |
| Children and Families | 21 | 248 | 215 | 175 | 246 | 327 | 205 | 185 | 271 | 153 | 205 | 554 | 2,805 |
| Temporary & Disability Assistance | 121 | 185 | 307 | 665 | 420 | 311 | 791 | 233 | 683 | 253 | 254 | 740 | 4,963 |
| Transportation | 44 | 308 | 196 | 140 | 338 | 153 | 132 | 1,023 | 819 | 203 | 326 | 183 | 3,865 |
| All Other | 208 | 254 | 577 | 349 | 240 | 643 | 146 | 190 | 604 | 304 | 440 | (290) | 3,665 |
| Total Local Assistance Grants | 5,032 | 7,783 | 8,399 | 5,842 | 5,922 | 9,946 | 6,523 | 6,882 | 10,882 | 5,299 | 7,012 | 16,246 | 95,768 |
| Personal Service | 1,310 | 969 | 945 | 1,137 | 1,051 | 1,321 | 1,247 | 991 | 1,171 | 975 | 1,023 | 1,256 | 13,396 |
| Non-Personal Service | 505 | 435 | 526 | 426 | 427 | 539 | 498 | 404 | 521 | 488 | 699 | 1,068 | 6,536 |
| Total State Operations | 1,815 | 1,404 | 1,471 | 1,563 | 1,478 | 1,860 | 1,745 | 1,395 | 1,692 | 1,463 | 1,722 | 2,324 | 19,932 |
| General State Charges | 469 | 392 | 392 | 293 | 361 | 386 | 503 | 401 | 346 | 509 | 280 | 1,450 | 5,782 |
| Debt service | 553 | 196 | 214 | 86 | 209 | 701 | 637 | 76 | 421 | 295 | 498 | 1,036 | 4,922 |
| Capital Projects | 337 | 456 | 488 | 505 | 466 | 619 | 509 | 443 | 460 | 379 | 786 | 1,286 | 6,734 |
| TOTAL DISBURSEMENTS | 8,206 | 10,231 | 10,964 | 8,289 | 8,436 | 13,512 | 9,917 | 9,197 | 13,801 | 7,945 | 10,298 | 22,342 | 133,138 |
| **OTHER FINANCING SOURCES (uses):** | | | | | | | | | | | | | |
| Transfers from other funds | 2,490 | 1,548 | 1,860 | 2,014 | 1,406 | 2,650 | 2,371 | 1,159 | 2,746 | 2,672 | 1,657 | 3,679 | 26,252 |
| Transfers to other funds | (2,497) | (1,551) | (1,869) | (2,027) | (1,410) | (2,650) | (2,375) | (1,163) | (2,748) | (2,640) | (1,661) | (3,686) | (26,277) |
| Bond and note proceeds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 460 | 470 |
| NET OTHER FINANCING SOURCES/(USES) | (7) | (3) | (9) | (13) | (4) | 0 | (4) | (4) | (2) | 32 | 6 | 453 | 445 |
| Excess/(Deficiency) of Receipts over Disbursements | 1,373 | (3,073) | 628 | 544 | 346 | (821) | (194) | (557) | (567) | 4,377 | (469) | (3,270) | (1,683) |
| **CLOSING BALANCE** | 5,959 | 2,886 | 3,514 | 4,058 | 4,404 | 3,583 | 3,389 | 2,832 | 2,265 | 6,642 | 6,173 | 2,903 | 2,903 |

T-62

**CASHFLOW**
**ALL GOVERNMENTAL FUNDS**
**2010-2011**
(dollars in millions)

| | 2010 April Projected | May Projected | June Projected | July Projected | August Projected | September Projected | October Projected | November Projected | December Projected | 2011 January Projected | February Projected | March Projected | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING BALANCE | 2,903 | 5,790 | 2,333 | 1,243 | 2,865 | 3,352 | 3,259 | 4,330 | 3,995 | 3,529 | 9,515 | 9,682 | 2,903 |
| **RECEIPTS:** | | | | | | | | | | | | | |
| Taxes | 5,833 | 2,606 | 6,576 | 3,913 | 3,800 | 6,939 | 4,050 | 3,424 | 7,768 | 9,160 | 4,020 | 5,679 | 63,768 |
| Miscellaneous Receipts | 1,810 | 1,455 | 1,664 | 1,488 | 1,640 | 2,170 | 1,751 | 1,675 | 1,770 | 1,670 | 1,636 | 2,978 | 21,707 |
| Federal Grants | 4,182 | 3,820 | 4,295 | 3,965 | 4,023 | 4,442 | 3,941 | 4,053 | 4,796 | 4,009 | 4,237 | 4,416 | 50,179 |
| TOTAL RECEIPTS | 11,825 | 7,881 | 12,535 | 9,366 | 9,463 | 13,551 | 9,742 | 9,152 | 14,334 | 14,839 | 9,893 | 13,073 | 135,654 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | |
| School Aid | 965 | 3,253 | 2,564 | 363 | 763 | 3,583 | 882 | 1,392 | 1,667 | 902 | 1,397 | 6,469 | 24,100 |
| Higher Education | 20 | 20 | 469 | 82 | 299 | 182 | 366 | 27 | 217 | 49 | 365 | 511 | 2,577 |
| All Other Education | 210 | 156 | 235 | 181 | 117 | 315 | 153 | 111 | 463 | 293 | 279 | 388 | 2,901 |
| STAR | 0 | 0 | 408 | 0 | 0 | 169 | 27 | 86 | 2,518 | 0 | 0 | 0 | 3,208 |
| Medicaid - DOH | 3,722 | 3,318 | 3,538 | 2,994 | 3,310 | 3,458 | 3,046 | 3,310 | 3,441 | 3,139 | 3,391 | 2,926 | 39,593 |
| Public Health | 253 | 384 | 323 | 254 | 284 | 305 | 243 | 264 | 340 | 229 | 217 | 252 | 3,348 |
| Mental Hygiene | 85 | 96 | 506 | 170 | 222 | 589 | 293 | 94 | 537 | 272 | 227 | 805 | 3,896 |
| Children and Families | 117 | 207 | 148 | 215 | 211 | 391 | 160 | 153 | 394 | 158 | 162 | 592 | 2,908 |
| Temporary & Disability Assistance | 375 | 373 | 369 | 352 | 355 | 350 | 386 | 498 | 462 | 393 | 326 | 444 | 4,683 |
| Transportation | 200 | 609 | 294 | 232 | 537 | 232 | 214 | 582 | 846 | 207 | 388 | 200 | 4,541 |
| All Other | 190 | 183 | 1,499 | 219 | 207 | 279 | 165 | 163 | 398 | 176 | 174 | 1,224 | 4,877 |
| Total Local Assistance Grants | 6,037 | 8,599 | 10,353 | 5,062 | 6,275 | 9,853 | 5,935 | 6,680 | 11,283 | 5,818 | 6,926 | 13,811 | 96,632 |
| Personal Service | 1,005 | 1,047 | 1,153 | 1,113 | 970 | 1,304 | 1,099 | 992 | 1,241 | 1,241 | 938 | 1,025 | 13,128 |
| Non-Personal Service | 509 | 492 | 574 | 470 | 591 | 610 | 586 | 513 | 616 | 520 | 502 | 556 | 6,539 |
| Total State Operations | 1,514 | 1,539 | 1,727 | 1,583 | 1,561 | 1,914 | 1,685 | 1,505 | 1,857 | 1,761 | 1,440 | 1,581 | 19,667 |
| General State Charges | 499 | 345 | 409 | 413 | 343 | 476 | 451 | 343 | 499 | 449 | 304 | 1,768 | 6,299 |
| Debt service | 338 | 247 | 536 | 120 | 283 | 868 | 110 | 248 | 1,024 | 104 | 359 | 1,529 | 5,766 |
| Capital Projects | 526 | 543 | 586 | 611 | 643 | 622 | 627 | 636 | 604 | 648 | 563 | 1,156 | 7,765 |
| TOTAL DISBURSEMENTS | 8,914 | 11,273 | 13,611 | 7,789 | 9,105 | 13,733 | 8,808 | 9,412 | 15,267 | 8,780 | 9,592 | 19,845 | 136,129 |
| **OTHER FINANCING SOURCES (uses):** | | | | | | | | | | | | | |
| Transfers from other funds | 2,939 | 1,291 | 1,973 | 2,406 | 1,574 | 2,328 | 2,242 | 1,407 | 3,369 | 2,812 | 1,385 | 3,760 | 27,486 |
| Transfers to other funds | (2,977) | (1,373) | (2,005) | (2,374) | (1,456) | (2,248) | (2,114) | (1,491) | (2,909) | (2,892) | (1,525) | (4,136) | (27,500) |
| Bond and note proceeds | 14 | 17 | 18 | 13 | 11 | 9 | 9 | 9 | 7 | 7 | 6 | 466 | 586 |
| NET OTHER FINANCING SOURCES/(USES) | (24) | (65) | (14) | 45 | 129 | 89 | 137 | (75) | 467 | (73) | (134) | 90 | 572 |
| Excess/(Deficiency) of Receipts over Disbursements | 2,887 | (3,457) | (1,090) | 1,622 | 487 | (93) | 1,071 | (335) | (466) | 5,986 | 167 | (6,682) | 97 |
| CLOSING BALANCE (including SUNY) | 5,790 | 2,333 | 1,243 | 2,865 | 3,352 | 3,259 | 4,330 | 3,995 | 3,529 | 9,515 | 9,682 | 3,000 | 3,000 |
| SUNY | 0 | 0 | 0 | (655) | (646) | (799) | (778) | (737) | (863) | (640) | (577) | (623) | (623) |
| CLOSING BALANCE (excluding SUNY) | 5,790 | 2,333 | 1,243 | 2,210 | 2,706 | 2,460 | 3,552 | 3,258 | 2,866 | 8,875 | 9,105 | 2,377 | 2,377 |

# EXHIBIT B
# TO
# REPLY AFFIDAVIT
# OF
# FRANK MAURO

## SUPPLEMENT TO THE THIRD QUARTERLY UPDATE
## TO THE ANNUAL INFORMATION STATEMENT
### Supplement Dated May 12, 2010

*This is the Second Supplement to the Third Quarterly Update to the Annual Information Statement of the State of New York, dated February 15, 2010 (the "Third Quarterly Update"), and it contains information only through May 12, 2010, and should be read in its entirety, together with the Third Quarterly Update.*

**Financial Plan**

The table below summarizes the changes to the Financial Plan projections for 2009-10 and 2010-11 since the amended Executive Budget.

| Impact of 2009-10 Results on 2010-11 Budget Gap General Fund – Savings/(Costs) Dollars in Millions | | | |
|---|---|---|---|
| | 2009-10 | 2010-11 | Two-Year Total |
| **Estimated General Fund Budget Gap Before Executive Recommendations (February 2010)** | (1,380) | (6,788) | (8,168) |
| Consensus Revenue Forecast | 0 | (850) | (850) |
| Tax Penalty Forgiveness Program | (215) | 0 | (215) |
| Other Forecast Reestimates | (39) | 94 | 55 |
| **Gaps Before Actions to Carry-Forward 2009-10 Shortfall** | (1,634) | (7,544) | (9,178) |
| Payment of Tax Refunds | 500 | (500) | 0 |
| School Aid End of Year Payment | 2,063 | (2,063) | 0 |
| Cash Reserved to Pay Deferred Payments | (929) | 929 | 0 |
| **Revised General Fund Budget Gap Before Executive Recommendations** | 0 | (9,178) | (9,178) |
| **2010-11 Executive Budget Gap-Closing Proposals** | | | |
| Executive Budget Proposal * | 0 | 8,654 | 8,654 |
| Federal Aid ** | | (96) | (96) |
| Supplemental Executive Gap-Closing Proposals | 0 | 620 | 620 |
| **General Fund Budget Gap After Executive Proposals** | 0 | 0 | 0 |

\* Includes the recurring value of the December 2009 Deficit Reduction Plan ($692M).

\*\* The estimated value of enhanced FMAP and other federal aid has been reduced by a net $96M based on the potential impact of certain proposals under consideration by Congress and other changes.

The Executive Budget Financial Plan for 2010-11, as amended,[1] included $8.7 billion in recommendations to eliminate a projected General Fund budget gap of $8.2 billion for 2010-11. This projected budget gap included an estimated budget shortfall of $1.4 billion in 2009-10 that the State

---

[1] 2010-11 Executive Budget Financial Plan: Updated for Forecast Revisions and Governor's Amendments, February 9, 2010. See the Third Quarterly Update to the AIS for an in-depth discussion of the Executive Budget Financial Plan.

expected to carry forward into 2010-11 through the deferral of payments scheduled for 2009-10 but not due by law until 2010-11.

Since the submission of the amended Executive Budget Financial Plan on February 9, 2010, the Division of the Budget ("DOB") has increased the projected General Fund budget gap for 2010-11 by approximately $1 billion, to $9.2 billion. The change in the projected budget gap reflects the impact of (a) the consensus revenue forecast for the economy and estimates of receipts for the 2009-10 and 2010-11 fiscal years, dated March 1, 2010 (the "Consensus Forecast"), and (b) a $160 million increase in the budget shortfall for 2009-10 that was carried forward into 2010-11. As required by State law, the Executive and Legislature issued the Consensus Forecast, which concluded that tax receipts in fiscal year 2010-11 would be approximately $850 million lower than the levels forecast in the amended Executive Budget Financial Plan.

In addition, based on the evaluation of preliminary, unaudited results for the State's 2009-10 fiscal year, DOB estimates that the size of the 2009-10 budget shortfall contributing to the 2010-11 budget gap increased to approximately $1.6 billion, or $160 million more than the $1.4 billion estimated in the amended Executive Budget Financial Plan. The increase in the shortfall was  due  to lower than expected receipts in March 2010 from a tax penalty forgiveness program ($215 million) that was enacted as part of  a mid-year deficit reduction plan for 2009-10, offset by positive forecast revisions based on year-end results ($55 million over two years).

The gap-closing plan continues to assume that the Federal government will extend, for six months, the temporary increase in the Federal Medical Assistance Percentage ("FMAP") originally authorized in the American Recovery and Reinvestment Act. However, based on current proposals in Congress and other information, DOB has reduced the estimated FMAP benefit in 2010-11 by approximately $300 million. This estimated reduction is offset in part by anticipated additional Federal reimbursement of $204 million in 2010-11 related to the Medicare Part D program, resulting in a net loss in recommended savings of $96 million.

To maintain a balanced Executive Budget Financial Plan, the Governor on April 26, 2010 proposed an additional $620 million in gap-closing actions for legislative consideration. The actions included reductions to existing programs, new revenues, and other resources. The total gap-closing plan proposed by the Governor now totals $9.2 billion, consistent with the updated budget gap projected for 2010-11.

To carry the budget shortfall across the fiscal years, DOB directed the deferral of a planned payment to school districts ($2.1 billion) and certain tax refunds ($500 million). Both the school aid payment and the tax refunds were scheduled to be paid in 2009-10 but, by statute, are not due until June 1, 2010. Due to the foregoing deferral of school aid payment and tax refunds, the total amount of the deferrals exceeded the level of the budget shortfall in 2009-10. This greater deferral had the effect of increasing the closing balance in the General Fund for 2009-10 to $2.3 billion, or $929 million above the level projected in the amended Executive Budget Financial Plan. However, the higher closing balance is due exclusively to the cash management actions described above and does not represent an improvement in the State's financial operations. In early April 2010, the State paid the $500 million in tax refunds that had been deferred from 2009-10 to 2010-11. The school aid deferred from 2009-10 has not yet been paid.

**Status of Budget Negotiations**

On March 17, 2010, the Legislature enacted the debt service appropriation bill, which includes appropriations for all existing and planned State-supported, contingent-contractual, and other debt obligations for the State's 2010-11 fiscal year, which began on April 1, 2010. The Legislature has not yet enacted the remainder of the annual budget for 2010-11.

In the absence of an adopted State budget for the current fiscal year, interim appropriation bills have been enacted weekly to provide for the payment of certain personal service costs, certain grants to local governments, and other items deemed necessary for legal or contractual reasons. The limited scope of interim appropriation bills is intended to help the State to maintain its cash position.

As in prior years when the State has not adopted a budget by April 1, DOB expects that the Governor will continue to submit, and the Legislature will continue to approve, interim appropriation bills to permit governmental operations to continue until a complete annual budget for 2010-11 is adopted. However, there can be no assurance that the Legislature will continue to approve interim appropriations. DOB expects that the Governor will propose budgetary measures to achieve annual savings in 2010-11 in future interim appropriation bills and as stand-alone legislative proposals.

Furloughs

The amended Executive Budget Financial Plan included a savings target of $250 million from wage concessions to be negotiated with the unionized State Workforce. On May 10, 2010, the Governor submitted, and the Legislature approved, an interim appropriation bill, for the period of May 17 through May 23, which included a provision requiring furloughs equal to a 20 percent reduction in the work week for certain executive branch employees. However, on May 12, 2010, the U.S District Court for the Northern District of New York issued a temporary restraining order preventing the implementation of the furloughs, pending a final determination.

**Cash Position**

The State's cash position continues to be a significant concern. The amended Executive Budget Financial Plan, submitted on February 9, 2010, estimated that the General Fund would end June 2010 with a negative cash balance of $777 million. The June 2010 closing balance in All Governmental Funds (the most comprehensive view of the financial operations of the State which includes the General Fund and funds specified for dedicated purposes, as well as Federal funds and capital projects funds) was estimated at $1.2 billion. It was expected that the State would need to manage a very tight cash position throughout the first half of the 2010-11 fiscal year, until the significant savings recommended in the Executive Budget began to provide relief. At the time, however, it was expected that the State's Short-Term Investment Pool ("STIP") would generally have balances on hand to permit the State to meet payments as they came due.

However, the revenue revisions associated with the consensus forecast, the effect of the ongoing budget impasse, and the uncertainties surrounding the timing and content of an annual budget are expected to further weaken the State's cash position and increase the need for more extensive cash management actions. DOB currently estimates that, absent additional cash management actions, the State will not have sufficient cash on hand to make all the local assistance payments that are currently due on or around June 1, 2010, the largest of which is State aid to public schools. DOB anticipates that State payments scheduled for June 1, 2010 could exceed available funds, including STIP, by approximately $1 billion. Furthermore, enactment of a budget for 2010-11 would not be expected to

materially improve the cash situation in early June 2010 due to the timetable for implementing any approved gap-closing measures. DOB anticipates that the cash situation will improve temporarily in the later part of the month, based on the expected timing of tax collections. Beyond June, DOB expects the State to continue to experience significant intermittent cash-flow difficulties, especially during the months of September and December 2010. It should be noted, however, that the estimate of daily cash needs for the coming months is subject to considerable variability and may be substantially affected by, among other things, actual receipts collections, the content of interim appropriation bills, and the content of an annual budget agreement.

In response to the cash situation, DOB expects to take one or more of the following cash management actions to maintain adequate operating margins: (1) recommend that payment dates for certain local assistance payments, including school aid, be amended to better match the flow of tax receipts, (2) further limit the scope of interim appropriations to the level supportable by estimates of available funds, or (3) use the budget director's certificate authority to limit payments as needed to ensure the orderly operation of government. DOB anticipates that such actions, if implemented, are likely to be sufficient to permit the State to make substantially all the payments scheduled for June 2010 by the end of the month.

The State continues to reserve money to make debt service payments through August 2010 that are financed with General Fund resources, and portions of debt service payments becoming due during this period have already been deposited with the respective trustees. DOB expects to continue this practice, regardless of the State's cash position. Sufficient cash to pay debt service on bonds secured by dedicated receipts, including PIT bonds, continues to be set aside as required by law and applicable bond covenants.

The State's ability to issue general obligation tax and revenue anticipation notes is limited by State law and bond covenants contained in the New York Local Government Assistance Corporation ("LGAC") bond resolutions. LGAC eliminated annual general obligation borrowing by the State for cash-flow ("seasonal") purposes, except in cases where the Governor and the legislative leaders (i) certify the need for additional seasonal borrowing, based on emergency or extraordinary factors, or factors unanticipated at the time of adoption of the budget, and (ii) provide a schedule for eliminating it over time. Pursuant to the LGAC statute and bond covenants, any general obligation seasonal borrowing is required to be eliminated by the fourth fiscal year after the limit was first exceeded. This provision limiting the State's seasonal borrowing practices was included as a covenant with LGAC's bondholders in the General Bond Resolution and General Subordinate Lien Bond Resolution authorizing such bonds. Apart from the LGAC provisions, general obligation tax and revenue anticipation notes for seasonal purposes may not be issued unless the State has adopted a balanced budget for the fiscal year. A statutory amendment to Section 67-b(3) of the State Finance Law would also be necessary to allow the issuance of short-term cash flow notes, since pursuant to the Debt Reform Act of 2000, State debt may only be issued for capital purposes.

**Special Considerations**

It is uncertain when an annual budget for the 2010-11 fiscal year will be adopted. DOB estimates that the Executive Budget recommendations, if enacted in their entirety, would leave projected budget gaps in the range of $6 billion in 2011-12, $11 billion in 2012-13, and $13 billion in 2013-14. There can be no assurance that a budget, whenever adopted, will not materially increase the budget gaps that must be addressed in future years.

The savings estimates in the Executive Budget Financial Plan assumed the enactment of a budget by April 1, 2010. As a result of the budget impasse, certain proposals that were expected to begin generating additional revenues or savings in April 2010 have not yet been authorized. DOB estimates that the budget delay has reduced the Financial Plan benefit of these proposals (most of which would increase revenues) by approximately $40 million to $50 million through May 10, 2010. The cost of the budget delay is expected to continue to increase in future weeks, absent approval of gap-closing measures. Accordingly, DOB expects that the Governor will begin to include certain gap-closing measures proposed in the Executive Budget in interim appropriation bills and related legislation in the coming weeks. However, there can be no assurance that such gap-closing measures will be approved by the Legislature or that such measures will achieve savings at the levels projected in the amended Executive Budget Financial Plan. Any savings that are unrecoverable as a result of the budget delay will need to be financed by alternative gap-closing measures agreed to in an adopted budget.

### Arbitration Related to Tobacco Master Settlement Agreement ("MSA")

Each year in perpetuity, under the MSA between tobacco manufacturers who are party to the MSA ("PMs") and 46 settling states, plus some territories and the District of Columbia, (collectively the "Settling States") the PMs pay the Settling States a base payment to compensate for financial harm to the Settling States for smoking-related illness. New York's allocable share of the total payment is approximately 12.8% of the total, or approximately $800 million annually. In order to keep the base payment under the MSA, each Settling State must pass and diligently enforce a statute that requires tobacco manufacturers who are not party to the MSA ("NPMs") to deposit in escrow an amount roughly equal to the amount that the PMs pay per pack sold. The PMs have brought a nationwide arbitration against the Settling States (minus Montana) asserting that those States failed to diligently enforce their respective escrow statutes in 2003. Any such claim for the years prior to 2003 were settled in 2003. The PMs are making the same claim for years 2004-2006, but none of those years are yet in arbitration. Two of the panel of three arbitrators have been selected and it is anticipated that the third will be selected and the arbitration will actually begin sometime in the next several weeks.

[End of Supplement]

# EXHIBIT C
# TO
# REPLY AFFIDAVIT
# OF
# FRANK MAURO

# STATE OF NEW YORK
## OFFICE OF THE STATE COMPTROLLER
## OFFICE OF OPERATIONS
## DIVISION OF PAYROLL, ACCOUNTING, AND REVENUE SERVICES
## BUREAU OF STATE ACCOUNTING OPERATIONS

Comptroller's Monthly Report
On State Funds Cash Basis of Accounting
(Pursuant to Sec. 8(9-a) of the State Finance Law)

# March 2010



**THOMAS P. DiNAPOLI**
STATE COMPTROLLER

STATE OF NEW YORK
BUDGETARY BASIS - FINANCIAL PLAN AND ACTUAL
STATE FISCAL YEAR ENDED MARCH 31, 2010
FOR TWELVE (12) MONTHS ENDED MARCH 31, 2010
(amounts in millions)

**EXHIBIT D**

| | ALL GOVERNMENTAL FUNDS | | |
| --- | --- | --- | --- |
| | Financial Plan (*) | Actual | Actual Over (Under) Financial Plan |
| **RECEIPTS:** | | | |
| Taxes | $58,780 | $58,681.6 | ($98.4) |
| Miscellaneous Receipts | 22,383 | 22,542.8 | 159.8 |
| Federal Receipts | 49,848 | 45,523.7 | (4,324.3) |
| Total Receipts | 131,011 | 126,748.1 | (4,262.9) |
| **DISBURSEMENTS:** | | | |
| Local Assistance Grants | 95,768 | 91,070.1 | (4,697.9) |
| Departmental Operations | 19,932 | 19,430.1 | (501.9) |
| General State Charges | 5,782 | 5,733.6 | (48.4) |
| Debt Service | 4,922 | 4,961.5 | 39.5 |
| Capital Projects | 6,734 | 5,682.2 | (1,051.8) |
| Total Disbursements | 133,138 | 126,877.5 | (6,260.5) |
| **Excess (Deficiency) of Receipts** | | | |
| over Disbursements | (2,127) | (129.4) | 1,997.6 |
| **OTHER FINANCING SOURCES (USES):** | | | |
| Bond and Note Proceeds, net | 470 | 448.3 | (21.7) |
| Transfers from Other Funds | 26,252 | 26,200.9 | (51.1) |
| Transfers to Other Funds | (26,277) | (26,245.5) | (31.5) |
| Total Other Financing Sources (Uses) | 445.0 | 403.7 | (41.3) |
| **Excess (Deficiency) of Receipts and Other** | | | |
| **Financing Sources over Disbursements** | | | |
| and Other Financing Uses | (1,682) | 274.3 | 1,956.3 |
| Fund Balances (Deficit) at April 1 | 4,586 | 4,585.8 | (0.2) |
| Fund Balances (Deficit) at March 31 | $2,904 | $4,860.1 | $1,956.1 |

(*)  Source: DOB, 2010-11 Executive Budget with 21-day amendments dated February 9, 2010.

STATE OF NEW YORK

**EXHIBIT D**
**(continued)**

BUDGETARY BASIS - FINANCIAL PLAN AND ACTUAL
STATE FISCAL YEAR ENDED MARCH 31, 2010
FOR TWELVE (12) MONTHS ENDED MARCH 31, 2010
(amounts in millions)

| | GENERAL | | | SPECIAL REVENUE | | |
|---|---|---|---|---|---|---|
| | Financial Plan (*) | Actual | Actual Over (Under) Financial Plan | Financial Plan (*) | Actual | Actual Over (Under) Financial Plan |
| **RECEIPTS:** | | | | | | |
| Taxes: | | | | | | |
| Personal Income | $22,364 | $22,654.7 | $290.7 | $3,420 | $3,408.8 | ($11.2) |
| Consumption/Use | 8,229 | 8,150.7 | (78.3) | 2,054 | 2,030.6 | (23.4) |
| Business | 5,688 | 5,370.6 | (317.4) | 1,497 | 1,455.4 | (41.6) |
| Other | 953 | 885.4 | (67.6) | 1,173 | 1,227.7 | 54.7 |
| Miscellaneous Receipts | 3,508 | 3,823.6 | 315.6 | 14,599 | 14,490.8 | (108.2) |
| Federal Receipts | 68 | 70.6 | 2.6 | 47,236 | 43,378.5 | (3,857.5) |
| Bond and Note Proceeds, net | -- | -- | -- | -- | -- | -- |
| Transfers From: | | | | | | |
| PIT in excess of Revenue Bond Debt Service | 7,512 | 7,641.0 | 129.0 | -- | -- | -- |
| Sales Tax in excess of LGAC Debt Service | 2,134 | 2,122.8 | (11.2) | -- | -- | -- |
| Real Estate Taxes in excess of CW/CA Debt Service | 143 | 181.5 | 38.5 | -- | -- | -- |
| All Other | 2,113 | 1,654.7 | (458.3) | 7,082 | 7,218.2 | 136.2 |
| **Total Receipts** | **52,712** | **52,555.6** | **(156.4)** | **77,061** | **73,210.0** | **(3,851.0)** |
| **DISBURSEMENTS:** | | | | | | |
| Local Assistance Grants | 35,515 | 34,234.1 | (1,280.9) | 59,009 | 55,395.3 | (3,613.7) |
| Departmental Operations | 8,562 | 8,587.5 | 25.5 | 11,296 | 10,792.0 | (504.0) |
| General State Charges | 3,794 | 3,593.8 | (200.2) | 1,988 | 2,139.8 | 151.8 |
| Debt Service | -- | -- | -- | -- | -- | -- |
| Capital Projects | -- | -- | -- | 3 | 11.0 | 8.0 |
| Transfers To: | | | | | | |
| Debt Service | 1,696 | 1,844.2 | 148.2 | -- | -- | -- |
| Capital Projects | 514 | 565.4 | 51.4 | -- | -- | -- |
| State Share Medicaid | 2,388 | 2,400.5 | 12.5 | -- | -- | -- |
| Other Purposes | 818 | 976.9 | 158.9 | 5,855 | 5,317.5 | (537.5) |
| **Total Disbursements** | **53,287** | **52,202.4** | **(1,084.6)** | **78,151** | **73,655.6** | **(4,495.4)** |
| **Excess (Deficiency) of Receipts and Other Financing Sources over Disbursements and Other Financing Uses** | **(575)** | **353.2** | **928.2** | **(1,090)** | **(445.6)** | **644.4** |
| Fund Balances (Deficit) at April 1 | 1,948 | 1,948.5 | 0.5 | 2,846 | 2,846.4 | 0.4 |
| Fund Balances (Deficit) at March 31 | $1,373 | $2,301.7 | $928.7 | $1,756 | $2,400.8 | $644.8 |

(*) Source: DOB, 2010-11 Executive Budget with 21-day amendments dated February 9, 2010.

STATE OF NEW YORK
BUDGETARY BASIS - FINANCIAL PLAN AND ACTUAL
STATE FISCAL YEAR ENDED MARCH 31, 2010
FOR TWELVE (12) MONTHS ENDED MARCH 31, 2010
(amounts in millions)

**EXHIBIT D
(continued)**

| | DEBT SERVICE | | | CAPITAL PROJECTS | | |
|---|---|---|---|---|---|---|
| | Financial Plan (*) | Actual | Actual Over (Under) Financial Plan | Financial Plan (*) | Actual | Actual Over (Under) Financial Plan |
| **RECEIPTS:** | | | | | | |
| Taxes.................................................. | $11,354 | $11,448.1 | $94.1 | $2,048 | $2,049.6 | $1.6 |
| Miscellaneous Receipts............................. | 817 | 974.0 | 157.0 | 3,459 | 3,254.4 | (204.6) |
| Federal Receipts.................................... | -- | 13.4 | 13.4 | 2,544 | 2,061.2 | (482.8) |
| Bond and Note Proceeds, net...................... | -- | -- | -- | 470 | 448.3 | (21.7) |
| Transfers from Other Funds........................ | 6,605 | 6,645.4 | 40.4 | 663 | 737.3 | 74.3 |
| Total Receipts................................ | 18,776 | 19,080.9 | 304.9 | 9,184 | 8,550.8 | (633.2) |
| **DISBURSEMENTS:** | | | | | | |
| Local Assistance Grants............................ | -- | -- | -- | 1,244 | 1,440.7 | 196.7 |
| Departmental Operations........................... | 74 | 50.6 | (23.4) | -- | -- | -- |
| General State Charges.............................. | -- | -- | -- | -- | -- | -- |
| Debt Service........................................ | 4,922 | 4,961.5 | 39.5 | -- | -- | -- |
| Capital Projects.................................... | -- | -- | -- | 6,731 | 5,671.2 | (1,059.8) |
| Transfers to Other Funds........................... | 13,795 | 13,956.0 | 161.0 | 1,211 | 1,185.0 | (26.0) |
| Total Disbursements......................... | 18,791 | 18,968.1 | 177.1 | 9,186 | 8,296.9 | (889.1) |
| **Excess (Deficiency) of Receipts and Other** | | | | | | |
| **Financing Sources over Disbursements** | | | | | | |
| **and Other Financing Uses.....................** | (15) | 112.8 | 127.8 | (2) | 253.9 | 255.9 |
| Fund Balances (Deficit) at April 1................ | 298 | 298.1 | 0.1 | (506) | (507.2) | (1.2) |
| Fund Balances (Deficit) at March 31.............. | $283 | $410.9 | $127.9 | ($508) | ($253.3) | $254.7 |

(*) Source: DOB, 2010-11 Executive Budget with 21-day amendments dated February 9, 2010.